AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

FEDERAL NATIONAL MORTGAGE ASSOCIATION

Plaintiff,

v.

KENNETH ALAN INBODEND D/B/A AAMHBIZ,

Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-124-103

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated March 16, 2026, the Plaintiff, Federal National Mortgage Association's motion for default judgment is granted. Judgment is hereby entered in favor of Plaintiff, Federal National Mortgage Association, and against the defendant, Kenneth Alan Inboden d/b/a Aamhibiz, in the amount of $475,466.76. This case stands closed.

March 16, 2026
_____
Date

John E. Triplett, Clerk of Court
_____
Clerk

*James R. Burrell*
_____
(By) Deputy Clerk

GAS Rev 10/2020